# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02202-RGK-AGR | Date | November 29, 2022 |
|---|---|---|---|
| Title | *Yedi, Inc. v. Universal Connect Wholesale et al.* | | |

**JS6**

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) Order of Dismissal**

The Court gave Plaintiff until November 28, 2022, to file a motion for default judgment as to Defendant Soofer. Plaintiff failed to file a motion for default judgment. As such, the Court **DISMISSES** all claims against Defendant Soofer for lack of prosecution.

The Court also **GRANTS** the stipulation of dismissal as to the remaining defendants (ECF No. 115).

**IT IS SO ORDERED.**

_____ : _____

JRE/k